# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:19–cr–00307 |
| | § | |
| Vanessa Ben | § | |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by — May 28, 2019

2. RESPONSES will be filed by — June 7, 2019

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — July 8, 2019

4. PRETRIAL CONFERENCE will be held before Judge David Hittner, Courtroom 8A, 8th Floor **DEFFENDANT MUST BE PRESENT** — July 9, 2019 at 02:00 PM

5. JURY selection set for — July 16, 2019 at 10:00 AM

6. Speedy trial limits waived? (yes/no) — yes

7. Estimated Trial Time: — 5–7 days

Direct questions about this schedule to Ellen Alexander, Case Manager to United States District Judge David Hittner, at Ellen_Alexander@txs.uscourts.gov, 713-250-5511.

SIGNED on May 8, 2019, at Houston, Texas.

Frances H. Stacy
United States Magistrate Judge