CR. NO. __4:19-307__   DEFT. NO. __01__

UNITED STATES OF AMERICA     §     _Rodolfo Ramirez_ AUSA
                             §
VS.                          §
                             §
_Vanessa Ben_                §     _Brian Hobson_ (R) ☐ CJA

## SENTENCING

☑ ksen.   Sentencing held. ☑ Guilty plea ☐ Guilty verdict on _11-5-19_, Cts. _4_

☐ ksen.   Sentencing held **with contested issues.**

☑ . . .   SENTENCE: Custody of the Bureau of Prisons for a term of 12 months. Supervised Release for a term of 12 months. Restitution in the amount of $219,854.00

_____

_____

Objections are overruled & the PSR & all addendums are adopted by the Court.

☐ . . .   ~~$50~~ $100.00 special assessment on Counts _4_ .
          **Time to serve.**

☑ kdismcntgv.   Counts __1-3__ dismissed on government's motion.

☐ kosurr.   Deft ordered to surrender to U.S. Marshal on _____ .

☑ . . .   Deft ordered to surrender to institution when designated.

☐ kcphrg.   Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

☐ kjytrl.   Jury trial set for _____ at _____ .

☐ ko.(bnd.).   Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ . . .   Deft failed to appear, bench warrant to issue.

☑ . . .   Deft bond ☑ continued ☐ forfeited.

☐ . . .   Deft remanded to custody.

☑ . . .   Terminate other settings for this deft.   ☑ Terminate motions for this deft.

OTHER PROCEEDINGS: _____

_____

Copy to:   USPO