United States District Court
Southern District of Texas
**ENTERED**
February 06, 2020
David J. Bradley, Clerk

**In the United States District Court
For the Southern District of Texas
Houston Division**

| | | |
|---|---|---|
| United States of America | § § | |
| *versus* | § § | Criminal No. 4:19-CR-307 |
| Vanessa Ben | § | |

## ORDER FOR DEFENDANT'S MOTION FOR VOLUNTARY SURRENDER

On this day came on to be heard Defendant's **Motion for Voluntary Surrender**, and the Court after hearing same, and considering the evidence and argument of counsel, is of the opinion that this motion should be, in all things:

**GRANTED** and that pursuant to 18 U.S.C. § 3143(a)(1), the defendant has shown by clear and convincing evidence that she is not likely to flee or pose a danger to any other person or the community.

~~DENIED~~ *DH*

SIGNED on this the ___5___ day of ___Feb___, 2020.

_____
**JUDGE PRESIDING**