United States District Court
Southern District of Texas
**ENTERED**
March 06, 2020
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | SOUTHERN DISTRICT OF TEXAS |
| | HOUSTON DIVISION |
| Versus | |
| VANESSA BEN | CRIMINAL CASE: <u>4:19CR00307-001</u> |

### ORDER TO SURRENDER

The defendant, **<u>VANESSA BEN #92424-479</u>**

having been sentenced to the custody of the Bureau of Prisons, is ordered to

surrender on <u>**Wednesday, March 25, 2020**</u> by 2:00 pm to:

FPC BRYAN
1100 URSULINE AVENUE
BRYAN, TX 77803
979-823-1879

Signed on _____Mar 5_____, 2020

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE